[No. 45133-2-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MARTIN ZALESKI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00183-9, Ellen J. Fair, J., entered August 16, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Appelwick, JJ.

[No. 46435-3-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CANDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08537-6, Sharon S. Armstrong, J., entered March 15, 2000. *Remanded* by unpublished per curiam opinion.

[No. 44733-5-I.   Division One.   January 29, 2001.]

THE CITY OF SEATTLE, *Petitioner*, v. PAUL LAWRENCE JAMES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01960-0, Julia Garratt, J. Pro Tem., entered May 21, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Cox, JJ.

[No. 45563-0-I.   Division One.   January 29, 2001.]

THOMAS FAIRCHILD, *Appellant*, v. RODNEY H. AMUNDSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-07691-7, Richard D. Eadie, J., entered October 19, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.